| | |
|---|---|
| 1 | **ALLACCESS LAW GROUP** |
| 2 | Irene Karbelashvili, State Bar Number 232223 |
|   | irene@allaccesslawgroup.com |
| 3 | Irakli Karbelashvili, State Bar Number 302971 |
|   | irakli@allaccesslawgroup.com |
| 4 | 19 North Second Street, Ste 205 |
|   | San Jose, CA 95113 |
| 5 | Telephone: (408) 295-0137 |
| 6 | Fax: (408) 295-0142 |
| 7 | Attorneys for DEBRA VOLLE, Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>              Plaintiff,<br><br>vs.<br><br>EL SOBRANTE FUELS, INC., a California corporation, d/b/a QUICK GAS MART; and DOES 1-10, inclusive,<br><br>              Defendants. | **Case No.** 18-cv-01935-WHO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; REQUEST TO RETAIN JURISDICTION OVER THE SETTLEMENT AGREEMENT; AND ORDER THEREON** |

      PLEASE TAKE NOTICE that Plaintiff JOHN RODGERS dismisses this action in its entirety with prejudice pursuant to FRCP 41(a)(1)(A)(i) with each side bearing his/its own attorneys' fees, costs, and litigation expenses. Defendant EL SOBRANTE FUELS, INC., a California corporation, d/b/a QUICK GAS MART has filed neither an answer nor a motion for summary judgment.

      The settlement is condition upon future remediation of the premises at issue. Therefore, Plaintiff JOHN RODGERS respectfully requests that this court retain jurisdiction over the parties' settlement agreement in accordance with Paragraph 7 of General Order 56.

---

NOTICE OF VOLUNTARY DISMISSAL AND ORDER RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT – CASE NO. 18-cv-01935-WHO

1

Respectfully submitted,

Dated: November 28, 2018        */s/ Irene Karbelashvili*
                                Irene Karbelashvili, Attorney for Plaintiff
                                JOHN RODGERS

NOTICE OF VOLUNTARY DISMISSAL AND ORDER RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT – CASE NO. 18-cv-01935-WHO

2

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

This action is dismissed with prejudice with each side bearing his/its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

Dated: November 29, 2018 

United States District Judge